HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Joaquin Santos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-0353 AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | DATE:   November 17, 2014 |
| JOAQUIN SANTOS, | TIME:    10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for September 22, 2014, may be continued to November 17, 2014 at 10:00 a.m.

Defense counsel recently retained an expert out of the Los Angeles area to evaluate client. Defense needs more time to have client interviewed and to work on other preparations for the sentencing hearing.  The government has no objection to the requested continuance.  As this is a sentencing hearing, no exclusion of time is necessary.

//

//

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 15, 2014 | */s/ Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 15, 2014 | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOAQUIN SANTOS |

**O R D E R**

IT IS SO ORDERED.

Dated:   September 15, 2014                                   _____
                                                                                    SENIOR DISTRICT JUDGE