1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   JANET BATEMAN, Bar #241210
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
5  Telephone: 559-487-5561/Fax: 559-487-5950

6  Attorneys for Defendant
   Joaquin Santos
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,  )  Case No.  1:12-cr-0353-AWI-BAM
                               )
12           Plaintiff,        )  STIPULATION AND ORDER TO CONTINUE
                               )  SENTENCING HEARING
13  vs.                        )
                               )  DATE:   January 26, 2015
14  JOAQUIN SANTOS,            )  TIME:   10:00 a.m.
                               )  JUDGE: Hon. Anthony W. Ishii
15           Defendant.        )
                               )
16  _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel that the sentencing hearing in the above-captioned matter now set for

19  November 17, 2014, may be continued to January 26, 2015 at 10:00 a.m.

20         Defense counsel had retained an expert out of the Los Angeles area to evaluate client.

21  Unfortunately, due to other unforeseen prior commitments, that expert was unable to schedule a

22  visit to see client at the Lerdo facility in the foreseeable future.  As a result, the defense has

23  retained an alternate expert who is making arrangements to visit and assess client later this

24  month.  After the expert completes the evaluation and provides counsel with the report, defense

25  will need additional time to review the report and prepare for the sentencing hearing.

26         The government has no objection to the requested continuance.  As this is a sentencing

27  hearing, no exclusion of time is necessary under the Speedy Trial Act.

28  //

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 5, 2014         /s/ Laurel J. Montoya
                                LAUREL J. MONTOYA
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

DATED: November 5, 2014         /s/ Charles J. Lee
                                CHARLES J. LEE
                                Assistant Federal Defender
                                Attorneys for Defendant
                                JOAQUIN SANTOS

**O R D E R**

IT IS SO ORDERED.

Dated:   November 5, 2014       _____
                                SENIOR DISTRICT JUDGE

Santos: Stipulation and [Proposed]                -2-
Order to Continue Sentencing Hearing