HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Joaquin Otis Santos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00353-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING ON VIOLATION OF SUPERVISED RELEASE |
| vs. | |
| JOAQUIN OTIS SANTOS, | DATE: February 25, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for February 11, 2019 may be continued to February 25, 2019 at 10:00 a.m.

Defense counsel is currently seeking to have Mr. Santos placed at two different inpatient Native American substance abuse treatment facilities. Currently, Mr. Santos is pending an acceptance decision in one program and is awaiting bed space availability at the other program. Defense is seeking the additional time to have more clarity on the program options to present to the Court at the time of sentencing.

Counsel for government, while indicating they are not in agreement with a program for Mr. Santos at this time, has no objection for the continuance to the requested date. The United States Probation Officer is also available on the requested date.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: February 5, 2019 　　　　　　　　　 */s/ Laurel J. Montoya*
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: February 5, 2019 　　　　　　　　　 */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
JOAQUIN OTIS SANTOS

## **ORDER**

IT IS SO FOUND AND ORDERED that the above Stipulation to vacate the currently scheduled sentencing date of February 11, 2019; and to set a new sentencing date of February 25, 2019 at 10:00 am before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated: **February 5, 2019**　　　　　　　　　　　　　　　　　　　　　
UNITED STATES DISTRICT JUDGE