| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Joaquin Otis Santos |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00353-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING ON VIOLATION OF SUPERVISED RELEASE |
| vs. | |
| JOAQUIN OTIS SANTOS, | DATE: March 11, 2019 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for February 25, 2019 may be continued to March 11, 2019 at 10:00 a.m.

Defense counsel is currently seeking to have Mr. Santos placed at two different inpatient Native American substance abuse treatment facilities, Turtle Lodge in Fresno and Three Rivers Lodge in Manteca. Currently, Mr. Santos is on the waiting list at Turtle Lodge and calls in every Friday, as required, to maintain his spot on the waitlist. As for Three Rivers, the program requested some follow up documentation from Mr. Santos, which has now been provided, so he is now pending an acceptance decision there. Defense is seeking the additional time to have more clarity on the program options to present to the Court at the time of sentencing.

Counsel for government, while indicating they are not in agreement with a program for

| | |
|---|---|
| 1 | Mr. Santos at this time, has no objection for the continuance to the requested date.  The United |
| 2 | States Probation Officer is also available on the requested date. |

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

                                         Respectfully submitted,

                                         McGREGOR SCOTT
                                         United States Attorney

DATED:  February 19, 2019                  */s/ Laurel J. Montoya*
                                       LAUREL J. MONTOYA
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

                                         HEATHER E. WILLIAMS
                                         Federal Defender

DATED:  February 19, 2019                  */s/ Charles J. Lee*
                                         CHARLES J. LEE
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         JOAQUIN OTIS SANTOS

**O R D E R**

For the reasons set forth above, the requested continuance is granted for good cause.  The sentencing hearing as to Joaquin Otis Santos currently set for February 25, 2019 is continued to March 11, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **February 19, 2019**                                      /s/ Dale A. Drozd
                                                                   UNITED STATES DISTRICT JUDGE