HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOAQUIN OTIS SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:12-cr-00353-DAD |
|---|---|---|
| Plaintiff, | ) | ORDER FOR RELEASE |
| | ) | FOR JOAQUIN OTIS SANTOS |
| vs. | ) | |
| JOAQUIN OTIS SANTOS, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that defendant Joaquin Otis Santos (Fresno County Sheriff's Booking No. 1840903; Person ID 7046285) shall be released to Kevin Mitchel of the Federal Defender's Office, from the Fresno County Jail on Tuesday, March 12, 2019, at 11:00 a.m. for transportation directly to the Turtle Lodge rehabilitation program.

IT IS SO ORDERED.

Dated: **March 11, 2019**

_____
UNITED STATES DISTRICT JUDGE

Santos: Release Order                    -1-