HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Joaquin Otis Santos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00353-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING ON VIOLATION OF SUPERVISED RELEASE |
| vs. | |
| JOAQUIN OTIS SANTOS, | DATE:   June 29, 2020 |
| Defendant. | TIME:    10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing on the supervised release violation in the above-captioned matter now set for June 8, 2020 may be continued to June 29, 2020 at 9:00 a.m.

Defense counsel is currently attempting to contact witnesses in the San Francisco Bay Area who may have relevant information for the Court's consideration at the time of sentencing. Given current restrictions in various parts of California, defense investigation efforts have been challenging.  The additional time is requested for defense to attempt to complete its investigation.

Counsel for government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing on a supervised release violation, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: May 27, 2020

 */s/ Laurel J. Montoya*
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: May 27, 2020

 */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
JOAQUIN OTIS SANTOS

# **O R D E R**

IT IS SO ORDERED that the sentencing hearing in the above-captioned case shall be continued to June 29, 2020 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated:  **May 27, 2020**

_____
UNITED STATES DISTRICT JUDGE