HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOAQUIN OTIS SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-cr-00353-DAD-BAM |
| Plaintiff, | ) ) ) | ORDER FOR RELEASE FOR JOAQUIN OTIS SANTOS |
| vs. | ) ) | |
| JOAQUIN OTIS SANTOS, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that defendant JOAQUIN OTIS SANTOS (Fresno County Jail JID 7046285/Bk 2018175) having received a sentence of TIME-SERVED is hereby ORDERED RELEASED on July 1, 2020, at 11:00 a.m. to a representative of the TULE RIVER INDIAN HEALTH CENTER, for transportation to a hotel in the Porterville area where Mr. Santos must self-quarantine until he tests negative for COVID-19.  Upon testing negative and being released from quarantine, his term of supervised released shall be automatically terminated with no further supervision to follow.

IT IS SO ORDERED.

Dated:   **June 30, 2020**               /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE

Santos:  Release Order                            -1-